

08-CV-01462-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES H. BEAUCHMAN,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Respondent. | Case No. C08-1462-JLR<br><br>ORDER DENYING § 2255 MOTION |

The Court, having reviewed petitioner's motion under § 2255, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)　The Court adopts the Report and Recommendation.

(2)　The Court makes the following findings with respect to petitioner's claim that he was denied the effective assistance of counsel:

　　(a)　Petitioner's trial counsel adequately explained to petitioner the sentencing consequences of being convicted at trial.

　　(b)　At no point did petitioner's trial counsel advise petitioner he would receive the same 15 year sentence offered by the government during plea negotiations if he was convicted at trial.

ORDER DISMISSING PETITION

(3)   Based upon the above findings, this Court concludes that petitioner was not denied his right to effective assistance of counsel during plea negotiations.

(4)   The Clerk is directed to send copies of this Order to all counsel of record and to Judge Tsuchida.

DATED this 22ND day of February, 2010.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING PETITION